UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL ROY ABRAM,

    Plaintiff,

v.                                        Case No. 3:21cv1013-LC-HTC

UNITED STATES ATTORNEY'S OFFICE,

    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 14, 2021 (ECF No. 3), recommending dismissal based on Plaintiff's status as a three-striker under 28 U.S.C. § 1915(g), and because Plaintiff's complaint is frivolous. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:21cv1013-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff's complaint is frivolous, and Plaintiff is a three-striker under 28 U.S.C. § 1915(g) who has failed to pay the filing fee.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 24th day of September, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv1013-LC-HTC